**Order entered January 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00917-CR

**DUNTA MORRIS JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F17-00400-X**

## ORDER

Before the Court are appellant's January 8, 2018 first motion for extension of time to file appellant's pro se response, letter accompanying the motion, and his request for access to the record.

On December 8, 2017, appellant's counsel filed a motion to withdraw and supporting *Anders* brief. In the motion to withdraw, Counsel represented that she had mailed appellant a copy of the record. In his first motion for extension, appellant represents that the appellate record was "first made available" to him on December 22, 2017. He further states, however, that he does not have "all the information" he requires to prepare his response. In the letter accompanying appellant's motion, he states he needs an extension of time because he has "not had access to my appellate record or to a law library." In his request for access to the record,

appellant requests that the record be sent to him at his prison unit or that he be bench warranted back to Dallas County to receive access.

Because it appears appellant may not have received a copy of the record, appellant's request for the record is **GRANTED**. We **ORDER** counsel to, within **FIFTEEN DAYS** of the date of this order, send appellant a copy of the record by first class mail and to file with the Court written verification that the record has been mailed to appellant.

Appellant's first motion for extension is **GRANTED**. We **EXTEND** the time for appellant to file his pro se response to counsel's *Anders* brief until **March 19, 2018**.

We **DIRECT** the clerk to transmit a copy of this order by electronic transmission to counsel for both parties. We further **DIRECT** the clerk to transmit a copy of this order by first class mail to Dunta Morris Johnson, TDCJ No. 02144140, Fort Stockton Unit, 1536 IH-10 East, Fort Stockton, Texas 79735.

/s/    ADA BROWN
        JUSTICE